*Ellis F. Davis and W. McL. Christie,* for Defendant in Error.

B. A. Polk, Appellant, v. First National Bank & Trust Company in Orlando, a corporation, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.
*A. B. Carlton,* for Appellant.
*McKay, Macfarlane, Jackson & Ramsey,* for Appellees.

R. H. Scarboro, *et ux.,* Appellants, v. O. M. Portwood, *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.
*Wm. F. Maurer,* for Appellants.
*Chas. H. Crim,* for Appellees.

State of Florida, *ex rel.* Otis Elevator Company, *et al.,* Relators, v. Honorable T. Frank Hobson, Circuit Judge, *et al.,* Respondents.

Cause dismissed on motion of Counsel for Relators.
*Caraballo, Graham & Caraballo* and *Thompson, Aikin & Brock,* for Relators.
*Harris & Kennedy* and *Ellis & Watson,* for Respondents.

The Longmire Company, a corporation, Plaintiff in Error, v. C. S. Hasbrouck, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.

*Evans & Glenn,* for Plaintiff in Error.

*Harrison E. Barringer,* for Defendant in Error.

State of Florida, *ex rel.* Ralph M. Winters, Plaintiff in Error, v. L. S. Barstow, as Secretary, *et al.,* Defendants in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.

*Hope Strong,* for Plaintiff in Error.

*A. H. Odom* and *J. V. Walton,* for Defendants in Error.

Board of Public Instruction for the County of Manatee, State of Florida, *et al.,* Plaintiffs in Error, v. State, *ex rel.* F. A. Moraine, Defendant in Error.

Writ of error dismissed on motion of counsel for the respective parties.

*D. R. Peacock,* for Plaintiffs in Error.

*R. E. Kurtz,* for Defendants in Error.

State of Florida and W. B. Jones, Appellants, v. Special Road and Bridge District Number 7 in Brevard County, Florida, Appellee.

Appeal dismissed on motion of counsel for Appellants.

*James C. Knox,* for the Motion.

State of Florida, *ex rel.* C. J. Root, Realtor, v. County of Washington, Florida, *et al.,* Respondents.